UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAR 29 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

NATHAN EDWARDS, # 132106,

    Plaintiff,

v.

DR. JENKINS, et al.,

    Defendants.
_____/

Case No. 12-10312

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S JANUARY 31, 2013
REPORT AND RECOMMENDATION (ECF NO. 42);
(2) DENYING PLAINTIFF'S REQUEST FOR DEFAULT (ECF NO. 10); and
(3) DENYING PLAINTIFF'S EX PARTE MOTION FOR DEFAULT ORDER (ECF NO. 12)

    Before the Court is Magistrate Judge Whalen's January 31, 2013 Report and Recommendation (ECF No. 42) recommending that Plaintiff's Motion for Default Judgment (ECF No. 10) and Plaintiff's Ex Parte Motion for Default Order (ECF No. 12) be denied.

    Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 42), DENIES Plaintiff's Motion for Default Judgment (ECF No. 10), DENIES Plaintiff's Ex Parte Motion for Default Order. (ECF No. 12).

IT IS SO ORDERED.

Dated: MAR 29 2013

Paul D. Borman
United States District Judge