UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN EDWARDS,

    Plaintiff,                             Case No. 12-10312

                                       Paul D. Borman
v.                                            United States District Judge

                                       R. Steven Whalen
DR. JENKINS, et al.,                  United States Magistrate Judge

    Defendants.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE R. STEVEN WHALEN'S AUGUST 21, 2015 REPORT AND RECOMMENDATION (ECF NO. 78), (2) GRANTING DEFENDANTS SQUIER AND JENKINS'S MOTION TO DISMISS (ECF NO. 65), (3) DISMISSING DEFENDANTS SQUIER AND JENKINS WITH PREJUDICE, AND (4) VACATING THE COURT'S APRIL 9, 2012 ORDER OF REFERENCE TO MAGISTRATE JUDGE WHALEN (ECF NO. 7)

      On August 21, 2015, Magistrate Judge R. Steven Whalen entered a Report and Recommendation (ECF No. 78) to Grant Defendants Squier and Jenkins' Motion to Dismiss (ECF No. 65) and to Dismiss Squier and Jenkins from this action with prejudice. Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Defendants Squier and Jenkins's Motion to Dismiss and DISMISSES Defendants Squier and Jenkins WITH PREJUDICE.

1

The Court further VACATES its April 9, 2012 Order referring all pretrial matters in this case to Magistrate Judge R. Steven Whalen.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: September 24, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 24, 2015.

s/Deborah Tofil
Case Manager